# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * *   *
                                        *
PALLADIAN PARTNERS, INC.,               *
                                        *
            Protestor,                  *
                                        *
                                        *   No. 14-317C
        v.                              *   Filed: June 18, 2015
                                        *
UNITED STATES,                          *
                                        *
            Defendant.                  *
                                        *
* * * * * * * * * * * * * * * * * * *   *
```

## O R D E R

      The court is in receipt of the United States Court of Appeals for the Federal Circuit's June 17, 2015 mandate reversing the court's May 30, 2014 decision. Although the court believes the decision supported the court's determination that protestor was not required to participate in an Office of Hearings and Appeals appeal and that the contracting officer's NAICS code amendment was arbitrary and capricious, as ordered by the Federal Circuit, in the Federal Circuit's April 22, 2015 decision, the court dissolves the permanent injunction entered on May 30, 2014, vacates the May 30, 2014 judgment, and dismisses protestor's protest for failure to exhaust its administrative remedies. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

      **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
